JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2007

FILED
CLERK'S OFFICE

FILED
2007 JUN 20 AM 8:25

DOCKET NO. 1742

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

07-cv-00931-REB-CBS (SEE ATTACHED SCHEDULE)

JUN 25 2007

CONDITIONAL TRANSFER ORDER (CTO-42)

GREGORY C. LANGHAM
CLERK

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 558 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

JUN 11 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Jennifer Bivlenski
Deputy Clerk

# SCHEDULE CTO-42 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
~~CAN  3   07-2541~~          ~~Meloney Wright, et al. v. Ortho-McNeil Corp., et al.~~  Opposed 6/8/07

COLORADO
CO   1   07-931              Michele Gentry v. Johnson & Johnson, et al.

FLORIDA MIDDLE
FLM  8   07-801              Yamille D. Aponte v. Johnson & Johnson, et al.

MINNESOTA
MN   0   07-2223             Latasha Price v. Johnson & Johnson, et al.
MN   0   07-2234             Rhonda Snider v. Johnson & Johnson, et al.
MN   0   07-2235             Kelli Swatzell v. Johnson & Johnson, et al.

MISSOURI WESTERN
MOW 4    07-338              Leslie Walquist v. Johnson & Johnson, et al.

NEW JERSEY
NJ   2   07-1803             Susan C. Schuman, et al. v. Johnson & Johnson, et al.
NJ   2   07-1805             Cindi J. Andrews v. Johnson & Johnson, et al.
NJ   2   07-1806             Krystal Huckaba v. Johnson & Johnson, et al.
NJ   2   07-1807             Lawrence Jung, et al. v. Johnson & Johnson, et al.
NJ   2   07-1808             Billie Bathke v. Johnson & Johnson, et al.
NJ   2   07-2025             Mytia Rose Smith-Spencer v. Johnson & Johnson, et al.
NJ   2   07-2027             Amesha O. Whitaker, et al. v. Johnson & Johnson, et al.
NJ   2   07-2028             April Bendzick, et al. v. Johnson & Johnson, et al.

OKLAHOMA NORTHERN
OKN  4   07-272              Stephanie Harwood v. Johnson & Johnson, et al.

TEXAS NORTHERN
TXN  3   07-374              Alecia Goss v. Johnson & Johnson, et al.